JAMES PHELPS and GEORGE SPOFFORD v. EDWARD
CURTIS et al.

A complainant will not be ordered to answer interrogatories which are not
filed within fifteen days after filing the answer, unless a sufficient reason be
disclosed to excuse the neglect on the part of the defendant to file his inter-
rogatories pursuant to the rule of the court.

*Vandervoort,* on behalf of Edward Curtis, one of the de-
fendants, applied for an order upon the complainants to answer
certain interrogatories exhibited by the defendant. In support of
the motion, he read an affidavit of the defendant, stating that
the answers to the interrogatories were essential to his defence in
the cause.

*E. B. D. Ogden,* contra. The answer in this cause was
filed in July last. The testimony has been closed, and the cause
is set down for final hearing at the present term. The inter-
rogatories were not filed until since the first day of January in-
stant. The rule requires that the interrogatories should be filed
within fifteen days after filing the answer. *Rules,* xii. *s.* 1.

THE CHANCELLOR. The motion must be denied. The affi-
davit discloses no sufficient excuse for the neglect, on the part of
the defendant, to file his interrogatories pursuant to the rule of court.
Motion denied.